# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 07-1225/1338

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeals from the United States |
| v. | * | District Court for the |
| | * | District of North Dakota. |
| Michael Gerald Gamboa, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: October 3, 2008
Filed: October 6, 2008

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Michael Gamboa challenges the district court's[1] initial failure to rule on his pro se post-judgment motions and its subsequent denial of his pro se motions. We dismiss Appeal No. 07-1225 for lack of appellate jurisdiction, because Gamboa filed his notice of appeal before a final order was entered. Cf. Waterson v. Hall, 515 F.3d 852, 853, 855-57 (8th Cir. 2008) (dismissing appeals for lack of jurisdiction when court concluded there was no final appealable order). As to

_____

[1]The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota.

Appeal No. 07-1338, we find no basis for reversal and accordingly affirm.  <u>See</u> 8th Cir. R. 47B.

_____